UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>                          Plaintiff,<br><br>-against-<br><br>THE BROOKS GROUP ASSOCIATES LTD,<br><br>                          Defendant. | 24-CV-3733 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **August 20, 2024** is adjourned *sine die* and mediation is STAYED. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 19, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  June 25, 2024
           New York, New York

                                                    SO ORDERED.

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge